NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted July 28, 2010[*]
Decided July 28, 2010

By the Court:

No. 10-1820

| | |
|---|---|
| PAT SCHOTTLER,<br>    *Plaintiff-Appellant,* | Appeal from the United States District<br>Court for the Western District of Wisconsin. |
| *v.* | No. 10-cv-133-slc |
| STATE OF WISCONSIN,<br>    *Defendant-Appellee.* | Barbara B. Crabb,<br>*Judge.* |

## O R D E R

Pro se litigant Pat Schottler filed a complaint seeking from the State of Wisconsin, among other things, $10,000 and the names of people who he says are tormenting him. He alleges that "someone" has inserted a metal pin in his head and is "wringing out" his brain; yet, he continues, the state's attorney general and local police officials have ignored his pleas for assistance. Schottler did not pay the filing fee, so the district court inferred that he was seeking leave to proceed in forma pauperis and then dismissed the lawsuit because it is factually frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). Schottler appeals, but the district court did not abuse its discretion in concluding that the "fantastic or delusional scenarios" described in his complaint lack an arguable basis in fact. See *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989); see also *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992); *Gladney v. Pendleton Corr. Facility*, 302 F.3d 773, 774-75 (7th Cir. 2002).

AFFIRMED.

---

[*]The State of Wisconsin was not served with process in the district court and is not participating in this appeal. After examining the appellant's brief and the record, we have concluded that oral argument is unnecessary. See FED. R. APP. P. 34(a)(2)(C).